[Cite as *5/15/2002 Case Announcements,* 2002-Ohio-2230.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

## *May 15, 2002*

## MERIT DECISIONS WITHOUT OPINIONS

2002–0514.   State ex rel. Belcastro v. Court of Appeals, Eighth Appellate Dist.
In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
   DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.
   MOYER, C.J., and LUNDBERG STRATTON, J., dissent and would grant an alternative writ.

2002–0568.   Paxton v. Bagley.
In Habeas Corpus. On petition for writ of habeas corpus by Ronald Paxton. Sua sponte, cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

2002–0573.   Turner v. Hurley.
In Habeas Corpus. On petition for writ of habeas corpus of Brian E. Turner. Sua sponte, cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

2002–0609.   Kincaid v. Bagley.
In Habeas Corpus. On petition for writ of habeas corpus of Michael K. Kincaid. Sua sponte, cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

2002–0624.   State ex rel. Aaron v. McFaul.
In Habeas Corpus. On petition for writ of habeas corpus of Ross Aaron. Sua sponte, cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

2001–2036.   Ohio State Bldg. & Constr. Trades Council v. Cuyahoga Cty. Bd. of Commrs.
Cuyahoga App. Nos. 77242 and 77262, 2001-Ohio-4228. On motion by M. Tucker for admission pro hac vice of L. Cohen on behalf of Building & Construction Trades Dept., AFL–CIO. Motion granted.

2001–2073.   LSDHC Corp. v. Zaino.
Board of Tax Appeals, No. 98–J–896. On motion for admission pro hac vice of Kerne H. O. Matsubara by Edward J. Bernert and on motion for admission pro hac vice of Jeffrey M. Vesely by Edward J. Bernert. Motions granted.

2001–2074.   Lear, Siegler, Seymour Corp. v. Zaino.
Board of Tax Appeals, No. 98–J–897. On motion of Edward Bernert for admission pro hac vice of Kerne Matsubara on behalf of Lear, Seigler, Seymour Corp. and on motion of Edward Bernert for admission pro hac vice of Jeffrey Vesely on behalf of Lear, Siegler, Seymour Corp. Motions granted.